IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MILLARD E. PRICE,

Plaintiff,

v.

CENTURION OF DELAWARE, LLC, *et al.*,

Defendants.

C.A. No. 23-1062-CFC-CJB

**ORDER**

At Wilmington on this 27th day of October in 2026, having considered the Report and Recommendation by United States Magistrate Judge Christopher J. Burke filed on October 8, 2026 (D.I. 114), and upon the expiration of the time allowed for objections pursuant to Rule 72 of the Federal Rules of Civil Procedure with no objections having been filed;

It is HEREBY ORDERED that:

1. The Magistrate Judge's Report and Recommendation (D.I. 114) is **ADOPTED**.

2. Defendant Crosby Amoah's motion to dismiss filed pursuant to Fed. R. Civ. P. 12(b)(6) (D.I. 67) is **DENIED**.

Colm F. Connolly

Chief Judge