IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MILLARD E. PRICE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 23-1062-CFC-CJB |
| | ) | |
| CENTURION OF DELAWARE, LLC, *et al.*, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

At Wilmington on this 2nd day of November in 2026, having considered the Report and Recommendation by United States Magistrate Judge Christopher J. Burke filed on October 13, 2026 (D.I. 118), and upon the expiration of the time allowed for objections pursuant to Rule 72 of the Federal Rules of Civil Procedure with no objections having been filed;

It is HEREBY ORDERED that:

1. The Magistrate Judge's Report and Recommendation (D.I. 118) is **ADOPTED**.

2. Defendant VitalCore Health Strategies, LLC's ("Defendant" or "VitalCore") motion to dismiss filed pursuant to Fed. R. Civ. P. 12(b)(6) (D.I. 69) is **GRANTED AS UNCONTESTED** and Plaintiff's claims against Defendant are considered abandoned, in

light of Plaintiff's failure to address Defendant's arguments for dismissal of those claims.

3. VitalCore is **DISMISSED** as a party to this action.

Chief Judge